**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARILUZ T. N.,<br><br>        Petitioner,<br><br>   v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>        Respondents. | No.  1:25-cv-01950 JLT FJS (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 16)<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS IN PART, DISSOLVING PROVISIONAL RESTRAINTS PREVIOUSLY IMPOSED, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Mariluz T. N. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 9, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition in part.  (Doc. 16.)  The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 21 days.  (Doc. 16.)  On April 27, 2026, Petitioner filed objections.  (Doc. 17.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

    1.     The Findings and Recommendations issued on April 9, 2026, (Doc. 16), are

1

**ADOPTED** in full.

2.    The petition for writ of habeas corpus is **GRANTED IN PART**.[1]

3.    The Court's provisional restraints previously imposed on Respondent on December 22, 2025, are **WITHDRAWN**.

4.    The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:    **April 29, 2026**

_____
UNITED STATES DISTRICT JUDGE

---

[1] As a bond hearing has already been ordered, the Court does not find any additional relief warranted.

2